IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PEPPER HOBBY                                                                                     PLAINTIFF

Vs                                        CASE NO. 4:08cv00020 BSM

UNDERGROUND UTILITIES CONTRACTORS, INC.                          DEFENDANT

ORDER OF DISMISSAL

Prior to the scheduled trial date of this matter on October 20, 2008, counsel for defendant informed the court that this matter had been settled.

IT IS THEREFORE ORDERED, that the complaint and all claims in this action be, and are hereby, dismissed with prejudice.

DATED this 24th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE